Daniel K. Martin 245013
2014 Tulare Street
Suite 310
Fresno, Ca. 93721
(559) 264-8872
(559) 264-8875 Facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-08-059 AWI |
| vs. | ORDER TO DELAY JUDGMENT AND SETTING OF MOTION DATE TO RECALL SENTENCE |
| ALFREDO NUNO, et al. | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the imposition of judgment is postponed, and a motions date is set for March 8, 2010 at 9:00 a.m. to consider Defendant's motion to recall sentence.

IT IS SO ORDERED.

**Dated:   February 23, 2010**          **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE