1

2

3

4        **IN THE UNITED STATES DISTRICT COURT FOR THE**

5                **EASTERN DISTRICT OF CALIFORNIA**

6

7    **UNITED STATES OF AMERICA,**        )        **(1:08-cr-059-AWI)**
                                          )        **1:10-cv-02037-AWI**
8           **Plaintiff/Respondent**       )
                                          )
9           **v.**                          )        **ORDER ON PETITIONER'S**
                                          )        **MOTION FOR CERTIFICATE**
10   **ALFREDO NUNO,**                     )        **OF APPEALABILITY**
                                          )
11          **Defendant/Petitioner**       )
                                          )        **(Doc. 161)**
12                                        )
                                          )
13   _____ )

14

15        Petitioner Alfredo Nuno ("Petitioner") is a federal prisoner who proceeded pro se with a

16   motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The Court

17   denied that motion on August 9, 2012.  *See* Court's Docket, Doc. No. 152.  On October 25, 2012,

18   the Court denied Petitioner's motion to vacate judgment pursuant to Rule 60(b) of the Federal

19   Rules of Civil Procedure, and declined to issue a certificate of appealability.  *See id.*, Doc. Nos.

20   157, 159.  Now pending before the Court is Petitioner's Motion for Certificate of Appealability.

21   *See id.*, Doc. No. 161.  However, because this Court already declined to issue a certificate of

22   appealability, it appears Petitioner intended to file the instant motion in the Court of Appeals.

23   Accordingly, the motion is DENIED.  Petitioner is advised that he may re-file the motion in the

24   proper court.

25   IT IS SO ORDERED.

26

27   Dated:   December 5, 2012

28                                                      UNITED STATES DISTRICT JUDGE