IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>ALFREDO NUNO,<br><br>                  Defendant. | CASE NO.  1:08-CR-00059 AWI<br><br>ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) |

      The defendant has filed a motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses.  The Government has filed a statement of non-opposition finding the defendant is eligible for a reduction under U.S.S.G. § 1B1.10.  The Court hereby grants the motion.

      Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission."  *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013).  Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types.  The Commission also voted to make Amendment 782 retroactively applicable to previously sentenced defendants.

In this case, the final Presentence Report recommended a base offense level of 38 pursuant to USSG § 2D1.1, as the amount of methamphetamine involved in the case was 1.6 kilograms of actual methamphetamine.  Under the amended guideline, the base offense level for an actual methamphetamine quantity finding exceeding 1.5 kilograms but less than 4.5 kilograms is 36.  At the established criminal history category of III, the defendant's sentencing range has been reduced to 210-262 months in prison.  This Court has considered the Section 3553(a) factors and, for the same reasons that the sentencing court ordered a sentence at the low end of the Guideline Range at the defendant's sentencing on February 22, 2010, the Court finds that the Section 3553(a) factors support a sentence at the low end of the amended guideline range.

The defendant's motion pursuant to Section 3582 is hereby granted and his sentence reduced to a term of 210 months.

IT IS SO ORDERED.

Dated:   March 7, 2016                               _____
                                                     SENIOR  DISTRICT  JUDGE