# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| ALFREDO NUNO | ) Case No: 1:08-CR-00059-001 AWI |
| | ) USM No: 63810-097 |
| Date of Original Judgment: 02/22/2010 | ) |
| Date of Previous Amended Judgment: | ) David Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    262 months    months **is reduced to**    210 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/22/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/25/2016                                  /s/ Anthony W. Ishii
                                                          *Judge's signature*

Effective Date:   11/01/2015                              Senior District Judge Anthony W. Ishii
*(if different from order date)*                          *Printed name and title*