# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ALFREDO JOSE NUNO,<br><br>　　　　Defendant | CASE NO. 1:08-CR-0059 AWI-1<br><br>**ORDER ON MOTION TO REDUCE SENTENCE UNDER THE FIRST STEP ACT**<br><br>(Doc. No. 173) |

　　On November 2, 2009, Defendant pled guilty pursuant to a plea agreement to conspiracy to manufacture and distribute methamphetamine and aiding and abetting (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2). See Doc. Nos. 114, 121.  On February 22, 2010, Defendant was sentenced to 262 months imprisonment and 60 months of supervised release. See Doc. Nos. 135, 136.  On March 8, 2016, Defendant's sentence was reduced by stipulation to 210 months imprisonment, pursuant to 18 U.S.C. § 3582. See Doc. No. 171.

　　On April 1, 2019, Defendant filed a letter asking whether he is eligible for relief under the First Step Act.  The Court will liberally construe the letter as a motion to reduce sentence under the First Step Act. See United States v. Gonzalez-Oseguera, 2019 U.S. Dist. LEXIS 44443, *2 (D. Haw. Mar. 18, 2019) (construing a letter asking about eligibility for relief under the First Step Act as a motion for relief).

　　Section 404 of the First Step Act is the only section that applies retroactively to a sentence imposed prior the First Step Act's enactment. See id.; Willingham, 2019 U.S. Dist. LEXIS 36869, *6 (S.D. Fla. Mar. 6, 2019); United States v. Drayton, 2019 U.S. Dist. LEXIS 19409, *5 (D. Kan.

Feb. 6, 2019). However, § 404 does not apply to offenses involving methamphetamine. See Gonzalez-Oseguera, 2019 U.S. Dist. LEXIS 44443 at *3; United States v. Matthews, 2019 U.S. Dist. LEXIS 43743, *4 (Mar. 18, 2019). Because Defendant was convicted of crimes involving methamphetamine, he is ineligible for relief under § 404. See id. Therefore, Defendant's motion to reduce sentence under the First Step Act will be denied.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to reduce sentence under the First Step Act (Doc. No. 173) is DENIED.

IT IS SO ORDERED.

Dated:   April 3, 2019

_____
SENIOR DISTRICT JUDGE