UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　**Plaintiff**<br><br>　　　　v.<br><br>**ALFREDO NUNO,**<br><br>　　　　　**Defendant** | **CASE NO. 1:08-CR-0059 AWI-1**<br><br>**ORDER APPOINTING FEDERAL DEFENDER'S OFFICE REGARDING MOTION FOR COMPASSIONATE RELEASE** |

　　　　On December 16, 2020, Defendant Alfredo Nuno, appearing pro se, moved to modify his prison sentence through 18 U.S.C. § 3582(c).  See Doc. No. 175.[1]  Pursuant to Eastern District of California General Order No. 595, defendant's motion is referred to the Federal Defender's Office for the Eastern District of California.  The Federal Defender's Office shall review Defendant's pro se submission and, within fourteen (14) days of service of this order, shall either file a supplemental motion or a notice of intent to stand on the original pro se motion submitted by Defendant.  Upon receipt of either a supplemental motion or notice stand on the original motion, the Court will conduct a further review to determine if a response from the United States is warranted and will issue any additional orders as may be appropriate at that time.

IT IS SO ORDERED.

Dated:　March 15, 2021　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

---

[1] Defendant's motion was originally filed as a Letter.  Upon further review, Defendant's motion has been reentered on the docket as a motion for compassionate release.