# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ALFREDO NUNO,<br><br>　　　　Defendant | CASE NO. 1:08-CR-0059 AWI-1<br><br>ORDER FOR RESPONSE FROM APPOINTED COUNSEL |

Currently pending before the Court is Defendant Alfredo Nuno's motion for compassionate release under 18 U.S.C. § 3582(c). See Doc. No. 175. The motion was filed by Defendant pro se.

On March 15, 2021, the Court appointed the Federal Defender's Office to represent Defendant in connection with his motion for compassionate release. See Doc. No. 176. As part of the order, the Court required that the Federal Defender's Office file either an amended motion or a notice to stand on Defendant's pro se motion. See id. The Federal Defender was to file either the amended motion or notice within fourteen days of service. See id.

On March 22, 2021, the Court appointed Monica Bermudez to represent Defendant in place of the Federal Defender. See Doc. No. 177. More than fourteen days have elapsed since the Court appointed Ms. Bermudez, but the Court has not received either an amended motion, a notice of intent to stand on Defendant's pro se motion, or a request for an extension of time to respond.

Given the posture of the case, and the likely confusion of deadlines between the appointments of the Federal Defender and Ms. Bermudez, the Court will extend the deadline for Ms. Bermudez to respond to the Court. A failure by Ms. Bermudez will result in the Court deeming the failure to respond as the equivalent of the intent to stand on Defendant's pro se filing.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of service of this order, appointed counsel Monica Bermudez shall file either:

    (a) an amended motion for compassionate release;

    (b) a notice of intent to stand on Defendant's pro se motion for compassionate release; or

    (c) a request for an extension of time to respond to the Court's order; and

2. A failure to respond to this order will be deemed the equivalent of a notice of intent to stand on Defendant's pro se motion.

IT IS SO ORDERED.

Dated:  April 13, 2021                    _____
                                                        SENIOR DISTRICT JUDGE