1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Tel: (661) 616-2141
   Email: monica@lawbermudez.com
4
5  Attorney for:
   ALFREDO NUNO
6
7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | Case No.  1:08-CR-00059 AWI
   |                                   |
11 |          Plaintiff                |
   |                                   |
12 |                                   |
   | ALFREDO NUNO,                     | STIPULATION AND ORDER FOR
13 |                                   | BRIEFING SCHEDULE
   |          Defendants.              |
14

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE ANTHONY
16 W. ISHII, UNITED STATES DISTRICT COURT JUDGE; AND KATHLEEN SERVATIUS,
   ASSISTANT UNITED STATES ATTORNEY:
17
18     **COMES NOW** Defendant, ALFREDO NUNO, by and through his attorney of record,
19 MONICA L. BERMUDEZ, hereby submitting the following proposed order for a briefing
20 schedule regarding the Defendant's request for Compassionate Release.
21 **IT IS SO STIPULATED.**
                                            Respectfully Submitted,
22 DATED: April 14, 2021                    */s/ Monica L. Bermudez*
                                            MONICA L. BERMUDEZ
23                                          Attorney for Defendant
                                            Alfredo Nuno
24
25 DATED: April 14, 2021                    */s/Kathleen Servatius*
                                            KATHLEEN SERVATIUS
26                                          Assistant U.S. Attorney
27
28
                                    1

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **Due June 14, 2021**

Government/Respondent's Opposition Brief **Due July 14, 2021**

Defendant's/Petitioner's Rely (if any) **Due July 28, 2021**

IT IS SO ORDERED.

Dated:   April 16, 2021                           _____
                                                                     SENIOR  DISTRICT  JUDGE