MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for:
ALFREDO NUNO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00059 AWI |
|---|---|
| Plaintiff | |
| ALFREDO NUNO, | STIPULATION AND ORDER FOR CONTINUED BRIEFING SCHEDULE |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT COURT JUDGE; AND ALEXANDRE DEMPSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALFREDO NUNO, by and through his attorney of record, MONICA L. BERMUDEZ and The United States of America, by and through his counsel of record ALEXANDRE DEMPSEY, hereby stipulate the following proposed order for a continued briefing schedule regarding the Defendant's request for Compassionate Release as follows:

1. Counsel for Mr. Nuno is engaged in trial in the Kern County Superior Court in the matter of *People v. Dustin Henthorn BF172779A*. This trial is anticipated to last up and until August 9, 2021.

2. Counsel requires additional time to review documents and conduct follow up interviews.

    a. Due to counsel's unavailability, it is requested the briefing schedule be continued.

1

      b. The government does not abject to, and agrees with, the requested continuance.

**IT IS SO STIPULATED.**

DATED: June 21, 2021

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Alfredo Nuno

DATED: June 21, 2021

*/s/Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief **Due August 13, 2021**

Government/Respondent's Opposition Brief **Due September 13, 2021**

Defendant's/Petitioner's Rely (if any) **Due September 27, 2021**

IT IS SO ORDERED.

Dated: June 22, 2021

_____
SENIOR DISTRICT JUDGE