MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for:
ALFREDO NUNO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00059 AWI |
|---|---|
| Plaintiff | |
| ALFREDO NUNO, | STIPULATION AND ORDER FOR CONTINUED BRIEFING SCHEDULE |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT COURT JUDGE; AND ALEXANDRE DEMPSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALFREDO NUNO, by and through his attorney of record, MONICA L. BERMUDEZ and The United States of America, by and through his counsel of record ALEXANDRE DEMPSEY, hereby stipulate the following proposed order for a continued briefing schedule regarding the Defendant's request for Compassionate Release as follows:

1. Counsel for Mr. Nuno attempted to interview Mr. Nuno to clarify questions for the motion but was not able to schedule an appointment within the scheduled timeframe.
2. Counsel requires additional time to review documents and complete motion.
   a. The government does not abject to, and agrees with, the requested continuance.

1

**IT IS SO STIPULATED.**

DATED: August 24, 2021

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Alfredo Nuno

DATED: August 24, 2021

*/s/Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief **Due September 24, 2021**

Government/Respondent's Opposition Brief **Due October 25, 2021**

Defendant's/Petitioner's Rely (if any) **Due November 8, 2021**

IT IS SO ORDERED.

Dated:  August 25, 2021                                    _____

    SENIOR DISTRICT JUDGE