PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO NUNO,<br><br>Defendant. | CASE NO. 1:08-CR-00059-AWI<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 24, 2021. Docket No. 187. The government's response is due on October 25, 2021, with any reply from the defendant due on November 8, 2021. Docket No. 186.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

STIPULATION RE BRIEFING SCHEDULE      1

   a) The government's response to the defendant's motion to be filed on or before November 2, 2021;

   b) The defendant's reply to the government's response to be filed on or before November 9, 2021.

IT IS SO STIPULATED.

Dated:  October 22, 2021        PHILLIP A. TALBERT
                     Acting United States Attorney

                     /s/ ALEXANDRE DEMPSEY
                     ALEXANDRE DEMPSEY
                     Assistant United States Attorney

Dated:  October 22, 2021        /s/ MONICA BERMUDEZ
                     MONICA BERMUDEZ
                     Counsel for Defendant
                     ALFREDO NUNO

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

 a) The government's response to the defendant's motion, Docket No. 187, is due on or before November 2, 2021;

 b) The defendant's reply to the government's response, if any, is due on November 9, 2021.

IT IS SO ORDERED.

Dated:  October 25, 2021        _____
                     SENIOR DISTRICT JUDGE