# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALFREDO NUNO,<br><br>                    Defendant. | CASE NO.  1:08-CR-00059-AWI<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

     Pursuant to Local Rule 141(b), and based on the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Alfredo Nuno, and the Government's Request to Seal shall be SEALED until further order of this Court.

     It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

     The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's Request, sealing the Governments's Request and Exhibit 2 serves a compelling

1  interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the
2  government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds
3  that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would
4  adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:   February 13, 2023                     _____
                                                SENIOR  DISTRICT  JUDGE